DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
KIMBERLEY HYSON, ESQ.
Nevada Bar No. 11611
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: kimberley.hyson@akerman.com

*Attorneys for Property & Casualty Insurance Company of Hartford*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEVADA

| | |
|---|---|
| ROBERT LANGERMANN, as Administrator of THE ESTATE OF MARIKA GREYSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, a foreign corporation; DOE INDIVIDUALS I-X, inclusive, and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00982-RCJ-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1 and LR 7.1-1, Defendant Property & Casualty Insurance Company of Hartford certifies that the following corporations and entities are known to have an interest in the outcome of the above-captioned action:

///

///

///

///

///

///

///

{29079949;1}

1  Property & Casualty Insurance Company of Hartford is a wholly owned subsidiary of The
2  Hartford Financial Services Group, Inc., a publicly traded entity. These representations are made to
3  enable judges of the court to evaluate possible recusal.

4  DATED this 27th day of June, 2014.

**AKERMAN LLP**

/s/ Kimberley Hyson
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
KIMBERLEY HYSON, ESQ.
Nevada Bar No. 11611
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Property & Casualty Insurance Company of Hartford*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of June, 2014 and pursuant to FRCP 5, I served the CM/ECF electronic filing system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES**, postage prepaid and addressed to:

Robert J. Walsh, Esq.
Matthew P. Pawlowski, Esq.
WALSH & FRIEDMAN, LTD.
400 So. Maryland Parkway
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

/s/ Debbie Julien
An employee of AKERMAN LLP